# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Leori Moore

       Plaintiff,

v.                Case No.: 1:09–cv–06546
               Honorable David H. Coar

CVS Bensenville LLC

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 30, 2010:

  MINUTE entry before Honorable David H. Coar:Rule 16(b) Scheduling Conference held on 3/30/2010. All disclosures required by Rule 26(a)(1) shall be made on or before 4/15/2010. Any amendments to pleadings or actions to join other parties shall be filed on or before 4/15/2010. Discovery ordered closed by 7/31/2010. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 7/31/2010. The parties may depose the other side' s expert at any time prior to 9/13/2010. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 10/15/2010. The parties may depose the opposing party's rebuttal expert by 11/15/2010. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Dispositive motions with supporting memoranda due by 8/31/2010 (all motions are to be filed in accordance to and noticed for presentment for a date certain pursuant to Local Rule 5.3(b)).Final Pretrial Order due by 12/1/2010 (original and 2 copies submitted to chambers). Final Pretrial Conference set for 12/17/2010 at 11:00 AM. Jury Trial set for Monday 1/17/2011 at 10:00 AM (if Monday is a holiday, the trial will start 1/18/2011). This schedule will not be altered/amended.The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.